UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO.: 08-0797 CRB**<br><br>Removed From U.S. District Court for Maryland (Balto)<br>Case No.: **WDQ07CV3206**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Martin Fischer as Executor of the Estate of Olga Fischer<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Martin Fischer Executor of the Estate of Olga Fischer, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 19, 2009

By: _____
Paul A. Weykamp
Attorneys for Plaintiff, Olga Fischer

DATED: Nov. 2, 2009     DLA PIPER LLC

By: _____
Michelle Sadowsky
Attorneys for Defendant, Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **NOV 1 3 2009**

Hon. Charles R. Breyer
United States District Court